# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TDBBS LLC, | No. CV-18-03566-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Timothy Fabits, | |
| Defendant. | |

This matter is before the Court on the Parties' Third[1] Joint Stipulation to Extend Case Management Deadlines (Doc. 43). This case was removed to this Court on October 26, 2018 (Doc. 1) and a Scheduling Order was issued on January 22, 2019 (Doc. 23). Since that time, the parties have requested and received no less than five months of extensions of their case management deadlines. They now request another six months to complete fact discovery and to file their dispositive motions. The Court finds that there is insufficient cause to grant such a lengthy extension. The Court will afford the parties one more 90-day extension to their current deadlines, but the parties should be on notice that absent extraordinary circumstances, no further extensions will be granted.

**IT IS ORDERED** the deadlines are extended as follows:

1. The deadline for completing fact discovery: **September 25, 2020**
2. The deadline for filing dispositive motions: **November 20, 2020**

---

[1] The Court notes that this is actually the parties' fourth request for an extension of their case management deadlines. (*See* Docs. 30, 34, 39, 43).

**IT IS FURTHER ORDERED** that the remainder of the parties' Rule 16 Scheduling Order (Doc. 23) is **AFFIRMED**.

Dated this 11th day of May, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge